WALSH & BETTS, Appellants, *v.* THOMAS ALLEN *et al.*, Respondents.

1. *Practice, civil — Appeal — Instructions — Exceptions.* — Instructions will not be reviewed when no exceptions are taken.

*Appeal from St. Louis Circuit Court.*

*S. N. Holliday* and *J. R. Shields*, for appellants.

*Dryden & Dryden*, for respondents.

The plaintiffs' exception to the refusal of the motion for new trial will not enable this court to review the action of the Circuit

Court in refusing plaintiffs' instruction. No objection was made at the time of the refusal, and it comes too late in the motion for a new trial for the first time. (Powers v. Allen, 14 Mo. 367; Dozier v. German, 30 Mo. 216; Thompson v. Russell, 30 Mo. 498; Devlin v. Clark *et al.*, 31 Mo. 22; Calvert v. City of Alexandria, 33 Mo. 149.)

WAGNER, Judge, delivered the opinion of the court.

The only point relied on by the appellants is the ruling of the court in refusing their first instruction. In looking into the record we find that no exception was taken, and therefore there is nothing saved for this court to review.

Judgment affirmed. The other judges concur.